UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG, KEN GRITZ, BOB SODA, MARY LOU GRAMESKY, PETER WILDER SMITH, WILLIAM KINSELLA, DANIEL KOLENDA, VALERIE DAL PINO, AHMAD NAJI, ROBERT PEDERSEN, TERESA FRAGALE and DAVID HOWARD, <br><br> Plaintiffs, <br> v. <br><br> RBS CITIZENS, N.A., <br><br> Defendant. | Civil Action No. 2:15-cv-01541-AJS <br><br><br> ELECTRONICALLY FILED |

## ORDER GRANTING PERMISSION TO FILE ENLARGED MEMORANDA OF LAW

AND NOW, this 21st day of April, 2017, upon consideration of Defendant's Consolidated Motion for Leave to File Enlarged Memoranda of Law in Support of Its Motion to Decertify the Collective Action and Motion for Summary Judgment, IT IS HEREBY ORDERED that Defendant's Consolidated Motion is GRANTED. Defendant may file memoranda in support of its motion for summary judgment and motion to decertify the collective action of up to 45 pages in length, each, exclusive of cover sheet, table of authorities, table of contents, and exhibits.

_____
Arthur J. Schwab
United States District Judge

cc: All counsel of record