IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALEX REINIG, KEN GRITZ, BOB SODA,
MARY LOU GRAMESKY, PETER WILDER
SMITH, WILLIAM KINSELLA, DANIEL
KOLENDA, VALERIA DAL PINO,
AHMAD NAJI, ROBERT PEDERSON,
TERESA FRAGALE, and DAVID
HOWARD,

15cv1541
**ELECTRONICALLY FILED**

   Plaintiffs,

      v.

RBS CITIZENS, N.A.,

   Defendant.

**MEMORANDUM ORDER RE: PARTIES' OBJECTIONS TO THE VERDICT FORM**

   Plaintiffs and Defendant filed objections to the Verdict Form, doc. no. 201, which contains a single question: "Did Plaintiffs prove by a preponderance of the evidence that Citizens Bank had a policy or practice that caused mortgage loan officers to not report all of the hours they worked (i.e., to work "off-the-clock")?

   Plaintiffs' objection is that the Verdict Form "requires the Jury to find that [Defendant] 'caused' MLOs to work off-the-clock, rather than finding that Citizens 'permitted' and accepted off-the-clock work." Doc. No. 217. Defendant's object that the Jury should find that the "policy or practice" must be "companywide" and Defendant seeks to add that word to the question.

   The Court finds that the word "caused" is proper and that the addition of "companywide" is unnecessary and repetitious. Accordingly, the Court OVERRULES Plaintiffs' Objections, doc. no. 217, and OVERRULES Defendant's Objections, doc. no. 218.

The Parties shall amend their Joint Proposed Jury Instructions, in light of the Verdict Form and this ruling, by Friday, August 25, 2017.

                                                                  SO ORDERED, this 23rd day of August, 2017,

                                                                  s/Arthur J. Schwab
                                                                  Arthur J. Schwab
                                                                  United States District Court