| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| J-1 | Citizens' Time Sheet Policies (2012 to Present), CITIZENS002189-002204 | Citizens | Citizens' Business Record | | |
| J-2 | Citizens' Retail LO Overtime FAQ, CITIZENS002243-002244 | Citizens | Citizens' Business Record | | |
| J-3 | Memo from T. Gamache to MLOs re Time Entry and Overtime Practices, CITIZENS002238-002244 | Citizens | Citizens' Business Record | | |
| J-4 | Citizens' 2013 HLS (MLO) Compensation Plan, CITIZENS000658-000677 | Citizens | Citizens' Business Record | | |
| P-1 | Citizens Financial Group, Inc. Consumer Banking, Home Mortgage 2016 Home Mortgage Retail Sales Producing Incentive Plan Incentive Grids, Citizens0016106-Citizens0016108 | Citizens | Citizens' Business Record | Cumulative of J-4 (Fed. R. Evid. 403) plans are substantially similar | Plan is not cumulative; the 2013 Plan was not in effect in 2016 and the 2016 plan includes a significant amount of the class period. |
| P-2 | Citizens Financial Group, Inc. Consumer Banking, Home Mortgage 2017 Home Mortgage Retail Sales Producing Incentive Plan Incentive Grids, Citizens0016135-Citizens0016137 | Citizens | Citizens' Business Record | Cumulative of J-4 (Fed. R. Evid. 403) plans are substantially similar | Plan is not cumulative; the 2013 Plan was not in effect in 2017 and the 2017 plan includes a significant amount of the class period. |
| P-3 | Mortgage Loan Officer Description at Citizens Bank CITIZENS0000535-CITIZENS0000539 | Citizens | Citizens' Business Record | Confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Relevant to show hours worked; documents constitute business records; authenticated through testimony and/or document responses. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (1) p.1-p.4 | CITIZENS_ESI00028857.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI00029362.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (2) p.5-p.8 | CITIZENS_ESI00029310.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (3) p.9-p.12 | CITIZENS_ESI00029362.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. majority duplicative of CITIZENS_ESI00028857.txt; (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (4) p.13-p.15 | CITIZENS_ESI00030512.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (5) p.16-p.17 | CITIZENS_ESI00043852.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (6) p.18 | CITIZENS_ESI00070094.TIF | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (7) p.19-p.22 | CITIZENS_ESI00088575.txt | Citizens | Citizens' Business Record | Relevance (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and/or is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (8) p.23-p.25 | CITIZENS_ESI00091927.txt | Citizens | Citizens' Business Record | Overtime for operational individuals is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (9) p.26-p.27 | CITIZENS_ESI00092765.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (10) p.28 | CITIZENS_ESI00174054.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (11) p.29-p.31 | CITIZENS_ESI00174062.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (12) p.32 | CITIZENS_ESI00174074.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (13) p.33 | CITIZENS_ESI00174122.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (14) p.34 | CITIZENS_ESI00174125.txt | Citizens | Citizens' Business Record | Relevance (discussion regarding Loan Officer Assistants and PSMs and overtime is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (15) p.35 | CITIZENS_ESI00174290.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (16) p.36 | CITIZENS_ESI00174291.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of majority of CITIZENS_ESI00174293.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (17) p.37 | CITIZENS_ESI00174293.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI00174291.txt) (Fed. R. Evid. 403); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (18) p.38 | CITIZENS_ESI00176588.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (19) p.39 | CITIZENS_ESI00176883.txt | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (20) p.40-p.41 | CITIZENS_ESI00186953.txt | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (21) p.42-p.43 | CITIZENS_ESI00188146.txt | Citizens | Citizens' Business Record | Relevance (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (22) p.44-p.46 | CITIZENS_ESI00188459.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of substantive portion of CITIZENS_ESI00190004.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (23) p.47 | CITIZENS_ESI00188587.txt | Citizens | Citizens' Business Record | Relevance (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury(Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901);  Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (24) p.48 | CITIZENS_ESI00189009.txt | Citizens | Citizens' Business Record | Discussion regarding offset is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (25) p.49 | CITIZENS_ESI00189035.txt | Citizens | Citizens' Business Record | Relevance (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (26) p.50-p.51 | CITIZENS_ESI00190004.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of substantive portion of CITIZENS_ESI00188459.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (27) p.52-p.53 | CITIZENS_ESI00190201.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (28) p.54 | CITIZENS_ESI00190209.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of substantive portion of CITIZENS_ESI00190211.txt ; CITIZENS_ESI00190213.txt; CITIZENS_ESI00190214.txt; CITIZENS_ESI00190215.txt; CITIZENS_ESI00190216.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (29) p.55 | CITIZENS_ESI00190211.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of substantive portion of CITIZENS_ESI00190209.txt; CITIZENS_ESI00190213.txt; CITIZENS_ESI00190214.txt; CITIZENS_ESI00190215.txt; CITIZENS_ESI00190216.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (30) p.56 | CITIZENS_ESI00190213.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of substantive portion of CITIZENS_ESI00190209.txt; CITIZENS_ESI00190211.txt; CITIZENS_ESI00190214.txt; CITIZENS_ESI00190215.txt; CITIZENS_ESI00190216.txt) (Fed. R. Evid. 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (31) p.57 | CITIZENS_ESI00190214.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI 00190209.txt; CITIZENS_ESI00190211.txt; CITIZENS_ESI00190213.txt; CITIZENS_ESI00190215.txt; CITIZENS_ESI00190216.txt) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (32) p.58 | CITIZENS_ESI00190215.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI 00190209.txt; CITIZENS_ESI00190211.txt; CITIZENS_ESI00190213.txt; CITIZENS_ESI00190214.txt; CITIZENS_ESI00190216.txt) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (33) p.59-p.60 | CITIZENS_ESI00190216.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI 00190209.txt; CITIZENS_ESI00190211.txt; CITIZENS_ESI00190213.txt; CITIZENS_ESI00190214.txt; CITIZENS_ESI00190215.txt) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (34) p.61-p.64 | CITIZENS_ESI00190689.txt | Citizens | Citizens' Business Record | Relevance (pertains to underwriters, not MLOs) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (35) p.65 | CITIZENS_ESI00191352.txt | Citizens | Citizens' Business Record | Relevance (discussion regarding offset is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all of the hours they worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (36) p.66 | CITIZENS_ESI00191388.txt | Citizens | Citizens' Business Record | Relevance (internal questions regarding rate associated with overtime is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (37) p.67 | CITIZENS_ESI00191391.txt | Citizens | Citizens' Business Record | Relevance (payment of overtime and commissions is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (38) p.68-p.69 | CITIZENS_ESI00191396.txt | Citizens | Citizens' Business Record | Relevance (operational issues are irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (39) p.70-p.71 | CITIZENS_ESI00191399.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (40) p.72 | CITIZENS_ESI00191431.txt | Citizens | Citizens' Business Record | Relevance (questions regarding commission offsets are irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (41) p.73 | CITIZENS_ESI00191454.txt | Citizens | Citizens' Business Record | Relevance (questions regarding commission offsets are irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (42) p.74-p.75 | CITIZENS_ESI00191753.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (43) p.76-p.77 | CITIZENS_ESI00191882.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (44) p.78-p.80 | CITIZENS_ESI00192776.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, undue delay (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (45) p.81-p.85 | CITIZENS_ESI00192872.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI00192880.txt and duplicative in part of CITIZENS_ESI00192878.txt) (Fed. R. Evid 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (46) p.86 | CITIZENS_ESI00192878.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative in part of CITIZENS_ESI00192872.txt; CITIZENS_ESI00192880.txt) (Fed. R. Evid 403); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (47) p.87-p.92 | CITIZENS_ESI00192880.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative in part of CITIZENS_ESI00192872.txt; CITIZENS_ESI00192878.txt) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (48) p.93 | CITIZENS_ESI00192886.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury(Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (49) p.94-p.96 | CITIZENS_ESI00193857.txt | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (50) p.97 | CITIZENS_ESI00194090.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (51) p.98-p.101 | CITIZENS_ESI00194595.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (52) p.102-p.104 | CITIZENS_ESI00195868.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (53) p.105-p.107 | CITIZENS_ESI00196184.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (54) p.108-p.109 | CITIZENS_ESI00196583.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (55) p.110-p.113 | CITIZENS_ESI00196636.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (56) p.114-p.122 | CITIZENS_ESI00196640.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative in part of CITIZENS_ESI00196643.txt) (Fed. R. Evid 403) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (57) p.123 | CITIZENS_ESI00196643.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative in part of CITIZENS_ESI00196640.txt) (Fed. R. Evid 403); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (58) P.124 | CITIZENS_ESI00196648.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (59) p.125 | CITIZENS_ESI00196867.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury and is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (60) p.126 | CITIZENS_ESI00196873.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury and is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (61) p.127-p.128 | CITIZENS_ESI00196875.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (62) p.129 | CITIZENS_ESI00196878.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Cumulative (i.e. duplicative of CITIZENS_ESI00196882.txt) (Fed. R. Evid. 403); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (63) p.130 | CITIZENS_ESI00196882.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Cumulative (i.e. duplicative of CITIZENS_ESI00196878.txt) (Fed. R. Evid 403); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (64) p131-p132 | CITIZENS_ESI00196999.txt | Citizens | Citizens' Business Record | Relevance (discussion of offsets is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (65) p.133 | CITIZENS_ESI00197774.txt | Citizens | Citizens' Business Record | Relevance (documents regarding loan officer assistants are irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (66) p.134 | CITIZENS_ESI00200714.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (67) p.135 | CITIZENS_ESI00201018.TIF | Citizens | Citizens' Business Record | Relevance (question regarding registration is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and/or is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (68) p.136-p.137 | CITIZENS_ESI00205019.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (69) p.138-p.139 | CITIZENS_ESI00205211.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (70) p.140-p.141 | CITIZENS_ESI00205864.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (71) p.142-p.144 | CITIZENS_ESI00205886.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (72) p.145 | CITIZENS_ESI00206259.txt | Citizens | Citizens' Business Record | Relevance (underwriters hours of work is irrelevant as to whether Citizens had a policy or practice that caused MLOs to not report all hours worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (73) p.146-p.147 | CITIZENS_ESI00206457.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (74) p.148-p.150 | CITIZENS_ESI00206884.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (75) p.151 | CITIZENS_ESI00207179.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (76) p.152-p.154 | CITIZENS_ESI00207225.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (77) p.155 | CITIZENS_ESI00207373.txt | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (78) p.156-p.157 | CITIZENS_ESI00207886.txt | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (79) p.158 | CITIZENS_ESI00208383.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (80) p.159-p.160 | CITIZENS_ESI00208436.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (81) p.161-p.177 | CITIZENS_ESI208613.pdf - CITIZENS_ESI208633.pdf | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (82) p.178 | CITIZENS_ESI00209183.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (83) p.179 | CITIZENS_ESI00209628.TIF | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (84) p.180-p.185 | CITIZENS_ESI00210243.pdf - CITIZENS_ESI00210248.pdf | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (85) p.186 | CITIZENS_ESI00210275.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (86) p.187 | CITIZENS_ESI00210453.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (87) p.188 | CITIZENS_ESI00210688.TIF | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (88) p.189 | CITIZENS_ESI00223267.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (89) p.190 | CITIZENS_ESI00227550.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (90) p.191 | CITIZENS_ESI00229472.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (91) p.192 | CITIZENS_ESI00233175.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (92) p.193 | CITIZENS_ESI00266716.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (93) p.194 | CITIZENS_ESI00284387.txt | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-4 (94) p.195-p.206 | CITIZENS_ESI00285323.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (95) p.207 | CITIZENS_ESI00312334.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (96) p.208 | CITIZENS_ESI00312504.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-4 (97) p.209-p.210 | CITIZENS_ESI00313020.txt | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid. 106) | Email is relevant to show employer knowledge of hours worked/off-the-clock pay practices; document constitutes business record and statement against interest/admission of party opponent; foundation will be established. |
| P-5 | Retail LO Sales 2017 Budget Overtime Reviews | Citizens | Citizens' Business Record | Relevance (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, undue delay (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Relevant to show hours worked; documents constitute business records; authenticated through testimony and/or document responses. |
| P-6 | CONFIDENTIAL - Class Hours Worked Data 17Jan2017.XLSX | Citizens | Citizens' Business Record | Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Document provides hours worked and was produced by Defendant as a native file showing hours worked of all class members. Foundation will be proivded by designee witness if not stipulated to (D produced the document it claims as inauthentic in discovery) |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-7 | Loan Officer Time Management Guidelines, Citizens0002240-Citizens0002242 | Citizens | Citizens' Business Record | Cumulative (i.e. duplicative of CITIZENS_ESI002238-002244) (Fed. R. Evid 403) | Relevant to show policies of time reporting at Citizens; not duplicative |
| P-8 | Class List provides names and Employee ID numbers for class member, or any excerpt thereof | Citizens | Citizens' Business Record | Relevance (the class list has no bearing on whether Citizens had a policy or practice that caused MLOs to not report all of the hours they worked) (Fed. R. Evid. 401 & 402) | Class List is relevant to show size of class. Necessary since D will argue P's evidence is too anecdotal. |
| P-9 | Named Plaintiff Monthly Loan Officer Commission Reports (Pedersen - CITIZENS0005222-CITIZENS0005246; Reinig - CITIZENS0000454-CITIZENS0000476; Gritz - CITIZENS0000477-CITIZENS0000492; Soda - CITIZENS0000493-CITIZENS0000531) | Citizens | Citizens' Business Record | Relevance (the commission reports have no bearing on whether Citizens had a policy or practice that caused MLOs to not report all of the hours they worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, (Fed. R. Evid. 403); Lack of personal knowledge (Fed. R. Evid. 602); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Documents are business records of Citizens; Commission reports relevant to show hours worked and production. |
| P-10 | Opt-In Plaintiff Monthly Loan Officer Commission Reports (Cremeans - CITIZENS0012668-CITIZENS0012675; Fiorello - CITIZENS0009194-CITIZENS0009203; Fragale - CITIZENS0002012-CITIZENS0002028) | Citizens | Citizens' Business Record | Relevance (the commission reports have no bearing on whether Citizens had a policy or practice that caused MLOs to not report all of the hours they worked) (Fed. R. Evid. 401 & 402); Probative value is substantially outweighed by unfair prejudice, confusing the issues, (Fed. R. Evid. 403); Lack of personal knowledge (Fed. R. Evid. 602); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Documents are business records of Citizens; Commission reports relevant to show hours worked and production. |
| P-11 | Opt-In Plaintiff Attendance Records (Cremeans - CITIZENS0010203-CITIZENS0010229; Comber - CITIZENS0010136-CITIZENS0010155; Belezos - CITIZENS0012933-CITIZENS0012940; Fragale - CITIZENS0009432-CITIZENS0009445; Hawthorne - CITIZENS0010754-CITIZENS0010767; Lawrence - CITIZENS0011052-CITIZENS0011057; Nostro - CITIZENS0011519-CITIZENS0011542; Pennington - CITIZENS0011650-CITIZENS0011677; Randolph - CITIZENS0014143-CITIZENS0014145; Ross - CITIZENS0011519-CITIZENS0011542; Seufert - CITIZENS0014250-CITIZENS0014262; Strickler - CITIZENS0011976-CITIZENS0011980; Waterhouse - CITIZENS0015904-CITIZENS0015928; Ziminsky - CITIZENS0015997-CITIZENS0016017) | Citizens | Citizens' Business Record | Cumulative (Fed. R. Evid 403); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Attendance records are relevant to show the high use of "block reporting" of time (9-5 every weekday, no weekend hours and no variation). Foundation/Authentication will be established via designee or through Defendants' discovery responses,, as Defendants produced such records. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-12 | Named Plaintiff Attendance Records (Dal Pino - CITIZENS0013396-CITIZENS0013410, CITIZENS0009267-CITIZENS0009298; Gramesty - CITIZENS0013415-CITIZENS0013429; Kinsella - CITIZENS0012714-CITIZENS0012722; Kolenda - CITIZENS0012908-CITIZENS0012917; Pedersen - CITIZENS0012806-CITIZENS0012824; Smith - CITIZENS0009721-CITIZENS0009739; Reinig - CITIZENS0000105-CITIZENS0000126; Gritz - CITIZENS0000127-CITIZENS0000139; Soda - CITIZENS0000140-CITIZENS0000190) | Citizens | Citizens' Business Record | Cumulative (Fed. R. Evid 403); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Attendance records are relevant to show the high use of "block reporting" of time (9-5 every weekday, no weekend hours and no variation). Foundation/Authentication will be established via designee or through Defendants' discovery responses,, as Defendants produced such records. The records are business records of Defendant |
| P-13 | Exhibits to the Deposition Transcript of 30(b)(6) Designee Dean Mathieson, March 24, 2016 | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury  (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | 30(b)(6) testimony constitutes admissions of party opponent; deposition testimony of a party may be utilized for any purpose. |
| P-14 | Summary of Hours Worked as provided by Testimony | | Rule 1006 | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury  (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Proper summary exhibit; based upon deposition testimony and discovery evidence; allows for more streamlined trial. |
| P-15 | Named Plaintiff Interrogatory Responses | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Cumulative (Fed. R. Evid. 403) | Documents are not hearsay; witnesses are unavailable per trial; necessary due to confines of trial time. |
| P-16 | Opt-In Plaintiff Interrogatory Responses | Citizens | Citizens' Business Record | Hearsay (Fed. R. Evid. 802); Cumulative (Fed. R. Evid. 403) | Documents are not hearsay; witnesses are unavailable per trial; necessary due to confines of trial time. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-17 | Opt-In Plaintiff Paystubs (Belezos - CITIZENS0012941-CITIZENS0013000; Bissias - CITIZENS0013035-CITIZENS0013278; Comber - CITIZENS0010156-CITIZENS0010202; Cremeans - CITIZENS0010230-CITIZENS0010316; Duban - CITIZENS0010434-CITIZENS0010440; Farrell - CITIZENS0010452-CITIZENS0010478; Fiorello - CITIZENS0015355-CITIZENS0015389; Fragale - CITIZENS0009446-CITIZENS0009500; Gerrity - CITIZENS0010625-CITIZENS0010690; Hawthorne - CITIZENS0010768-CITIZENS0010830; Heydon - CITIZENS0015445-CITIZENS0015713; Jindra - CITIZENS0012652-CITIZENS0012660; Karametros - CITIZENS0010935-CITIZENS0011014; Gaye - CITIZENS0001679-CITIZENS0001849; Lawrence - CITIZENS0011058-CITIZENS0011071; Moyer - CITIZENS0011422-CITIZENS0011518; Nostro - CITIZENS0011543-CITIZENS0011649; Pennington - CITIZENS0011678-CITIZENS0011742; Randolph - CITIZENS0014146-CITIZENS0014159; Richards - CITIZENS0014172-CITIZENS0014249; Richardson - CITIZENS0011781-CITIZENS0011848; Roach - CITIZENS0015738-CITIZENS0015903; Ross - CITIZENS0011867-CITIZENS0011912; Seufert - CITIZENS0014263-CITIZENS0014304; Soroka - CITIZENS0011931-CITIZENS0011975; Strickler - CITIZENS0011981-CITIZENS0012000; Traxler - CITIZENS0012207-CITIZENS0012326; Warnock - CITIZENS0012386-CITIZENS0012629; Waterhouse - CITIZENS0015929-CITIZENS0015996; Ziminsky - CITIZENS0016018-CITIZENS0016080) | Citizens | Citizens' Business Record | Cumulative (Fed. R. Evid. 403) | Documents are business records of Citizens; Commission reports relevant to show hours worked and compensation. |
| P-18 | Named Plaintiff Paystubs (Howard - CITIZENS0009518-CITIZENS0009608; Kolenda - CITIZENS0009623-CITIZENS0009692; Gramesty - CITIZENS0013430-CITIZENS0013545; Naji - CITIZENS0009697-CITIZENS0009708; Pedersen - CITIZENS0009712-CITIZENS0009720; Smith - CITIZENS0009740-CITIZENS0009785; Dal Pino - CITIZENS0009299-CITIZENS0009431, CITIZENS0016138-CITIZENS0016190; Kinsella - CITIZENS0012723-CITIZENS0012782; Reinig - CITIZENS0000191-CITIZENS0000292; Gritz - CITIZENS0000293-CITIZENS0000344; Soda - CITIZENS0000345-CITIZENS0000448) | Citizens | Citizens' Business Record | Cumulative (Fed. R. Evid. 403) | Documents are business records of Citizens; Commission reports relevant to show hours worked and compensation. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-19 | Defendants' Answers to Interrogatories | Citizens | Formal Discovery Response | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury and is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Interrogatories may be utilized as admissions of party opponents. Relevant because it shows official statements of Defendant regarding pay practices and time reporting practices |
| P-20 | Defendants' Responses to Plaintiffs' Requests for Documents | Citizens | Formal Discovery Response | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and/or is cumulative (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Necessary to establish foundation of numerous documents, including emails and other records prodcued by Defendant. |
| P-21 | Email Metadata (Astrolog - CITIZENS0014856; Belezos - CITIZENS0014857; Bissias - CITIZENS0014858; Bowen - CITIZENS0014859; Choi - CITIZENS0014860; Comber - CITIZENS0014861; Cremeans - CITIZENS0014862; Dal Pino - CITIZENS0014863; Della Penna - CITIZENS0014887; Farrell - CITIZENS0014864; Fragale - CITIZENS0014865; Fraser - CITIZENS0014866; Gerrity - CITIZENS0014867; Gramesty - CITIZENS0014868; Gritz - CITIZENS0014869; Hawthorne - CITIZENS0014870; Hooper - CITIZENS0014871; Howard - CITIZENS0014872; Jindra - CITIZENS0014873; Jones - CITIZENS0014874; Karametros - CITIZENS0014875; Kinsella - CITIZENS0014876; Knight - CITIZENS0014877; Kolenda - CITIZENS0014878; Kraft - CITIZENS0014879; Lawrence - CITIZENS0014880; McDermott - CITIZENS0014881; Miller - CITIZENS0014882; Moyer - CITIZENS0014883; Naji - CITIZENS0014884; Nostro - CITIZENS0014885; Pedersen - CITIZENS0014886; Pennington - CITIZENS0014888; Randolph - CITIZENS0014889; Reinig - CITIZENS0014890; Richards - CITIZENS0014891; Richardson - CITIZENS0014892; Ross - CITIZENS0014893; Seufert - CITIZENS0014894; Smith - CITIZENS0014895; Soda - CITIZENS0014896; Soroka - CITIZENS0014897; Strickler - CITIZENS0014898; Swane - CITIZENS0014899; Tetreault - CITIZENS0014900; Traxler - CITIZENS0014901; Vaughn - CITIZENS0014902; Warnock - CITIZENS0014903; Wilson - CITIZENS0014904) | Citizens | Citizens' Business Record | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, and does not provide context regarding the metadata. Furthermore, many of the Plaintiffs admitted that simply because an email shows up in this metadata report does not mean it is related to work and, therefore, could be compensable time. (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Relevant to show hours worked; documents constitute business records; authenticated through testimony and/or document responses. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| P-22 | All discovery and depositions designated by Plaintiffs | | | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) | Objections to designations separately reviewed in cross-designations and objections |
| P-23 | All discovery and depositions designated by Defendants | | | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) | Objections to designations separately reviewed in cross-designations and objections |
| P-24 | Any additional exhibits necessary to establish foundation | | | Citizens reserves the right to object to Plaintiffs' Exhibit 24 | Vague objection not based on any actual documents or exhibits. |
| P-25 | 2012 MLO Compensation Plan | Citizens | Citizens' Business Record | Cumulative of J-4 (Fed. R. Evid. 403) plans are substantially similar | Not cumulative of J-4. In 2012, MLOs were non-exempt and not paid OT. Plaintiffs' theory is that D attempted to create a compensation plan that is did not change compensation despite re-designatin MLOs as non-exempt. |
| P-26 | Summary Exhibit of Hours Reported | | Rule 1006 Summary Exhibit | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106); Improper evidence requiring expert testimony under Fed. R. Evid. 702 and, therefore, Defendant incorporates by reference the objections to said testimony set forth in its omnibus motion in limine see Dkt. No. 188 (motion in limine nos. 5 and 6) | Plaintiffs' summary provides significant more detail than Defendants' Exhibit showing just the numbe of o/t hours reported throughout the class. The higher level of detail allows discussion regarding the extent the overtime was not reported at Citizens. This document is not expert testimony; it is a sumamry of P-6, showing sums and averages |
| D-1 | Email Compilation Disseminating Memo from T. Gamache to MLOs re Time Entry and Overtime Practices, CITIZENS_ESI00189312-00189313; CITIZENS_ESI0068603-00068605 | | | | |
| D-2 | Alex Reinig Offer Letter CITIZENS000006-000009 | Citizens | Citizens' Business Record | Relevance, Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901) | Relevant to show compensation policies and discussions regarding expectations of job and hours to be worked; offer letter was authenticated at the deposition of Alex Reinig. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| D-3 | Rule 1006 Summary of Interrogatory Responses to Interrogatories 10, 12 and 13 of Plaintiffs Who Provided Such Responses | Citizens | Rule 1006 Summary of Party Admissions | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Relevant to show lack of a common policy or practice that caused MLOs to not record all hours worked; summary exhibit (Fed. R. Evid. 1006) of Plaintiffs' responses, which are party admissions (Fed. R. Evid. 801(d)) |
| D-4 | Mark Richards' Response to Opt-In Survey CITIZENS_ESI00094535-00094538 | Plaintiffs | Party Admission | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106)/Privilege | Relevant; Party admission; Not privileged because it consists solely of factual information, it bears no designation of privilege, work product, or confidentiality, and there is no indication this document was sent by counsel. Even assuming this document is privileged, which it is not, Plaintiffs have waived any claim of privilege. *See* ( Fed. R. Evid. 502). Plaintiffs' counsel's email of August 24, 2017, is the first time Plaintiffs have claimed this document is privileged. Yet, this document was produced to Plaintiffs in February 2017, included in Defendant's decertification brief (*see* Dkt. No. 112 fn. 5; *see also* Etter Decl. at Ex. 7), and referenced by the Special Master in his report and recommendation (Dkt. No. 180; ECF p. 30, fn. 10). As such, this exhibit is already in the public domain. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| D-5 | Rule 1006 Summary of Total Overtime Hours Worked and Paid During Relevant Period [for 351 members of collective] | Citizens | Rule 1006 Summary of Citizens' Business Records | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Relevant to show lack of a common policy or practice that caused MLOs to not record all hours worked and, instead, often recorded overtime; the data sets used to prepare the summations are from Citizens electronic payroll and timekeeping systems and are the same data sets Citizens produced in this litigation and upon which Plaintiffs' expert relied when preparing his report and calculations. The summation is not false, misleading, or incomplete because it is simply a summary of the weekly data from Citizens electronic timekeeping system for named plaintiffs and opt-in plaintiffs. The large number of weeks with overtime hours recorded by named plaintiffs and opt-in plaintiffs makes it less probable that any alleged unwritten policy or practice exists or that such unwritten policy or practice caused MLOs to not record their hours worked. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| D-6 | Rule 1006 Summary of Hours Worked Under 40, At 40, and Over 40 [for 351 members of collective] | Citizens | Rule 1006 Summary of Citizens' Business Records | Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Relevant to show lack of a common policy or practice that caused MLOs to not record all hours worked and, instead, often recorded overtime; the data sets used to prepare the summations are from Citizens electronic payroll and timekeeping systems and are the same data sets Citizens produced in this litigation and upon which Plaintiffs' expert relied when preparing his report and calculations. The summation is not false, misleading, or incomplete because it is simply a summary of the weekly data from Citizens electronic timekeeping system for named plaintiffs and opt-in plaintiffs. The large number of weeks with overtime hours recorded by named plaintiffs and opt-in plaintiffs makes it less probable that any alleged unwritten policy or practice exists or that such unwritten policy or practice caused MLOs to not record their hours worked. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| D-7 | Rule 1006 Summary of Annual Incentive Compensation [for 351 members of collective] | Citizens | Rule 1006 Summary of Citizens' Business Records | Relevance (401); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Relevant to show lack of a common policy or practice that caused MLOs to not record all hours worked and, instead, often recorded overtime; the data sets used to prepare the summations are from Citizens electronic payroll and timekeeping systems and are the same data sets Citizens produced in this litigation and upon which Plaintiffs' expert relied when preparing his report and calculations. The summation is not false, misleading, or incomplete because it is simply a summary of the weekly data from Citizens electronic timekeeping system for named plaintiffs and opt-in plaintiffs. The large number of weeks with overtime hours recorded by named plaintiffs and opt-in plaintiffs makes it less probable that any alleged unwritten policy or practice exists or that such unwritten policy or practice caused MLOs to not record their hours worked. |

| Exhibit Number | Exhibit Description | Author | Type of Document | Objection as to Authenticity/Admissibility | Response to Objections |
|---|---|---|---|---|---|
| D-8 | Rule 1006 Summary of Annual Total Compensation [for 351 members of collective] | Citizens | Rule 1006 Summary of Citizens' Business Records | Relevance (401); Probative value is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802); Improper foundation and/or lack of authentication (Fed. R. Evid. 901); Incomplete (Fed. R. Evid 106) | Relevant to show lack of a common policy or practice that caused MLOs to not record all hours worked and, instead, often recorded overtime; the data sets used to prepare the summations are from Citizens electronic payroll and timekeeping systems and are the same data sets Citizens produced in this litigation and upon which Plaintiffs' expert relied when preparing his report and calculations. The summation is not false, misleading, or incomplete because it is simply a summary of the weekly data from Citizens electronic timekeeping system for named plaintiffs and opt-in plaintiffs. The large number of weeks with overtime hours recorded by named plaintiffs and opt-in plaintiffs makes it less probable that any alleged unwritten policy or practice exists or that such unwritten policy or practice caused MLOs to not record their hours worked. |
| D-9 | Expert Report of Stephen G. Bronars, Ph.D | Citizens | Rebuttal Expert Report | Hearsay/Relevance. Also, Bronars report was provided as a rebuttal report to rebut Speakmans's expert damages calculations. Speakman did not opine on whether a policy existsed that caused MLOs to not report all time worked; Speakman is not being called as an expert in Phase I of the trial (Speakman is a damages expert). Thus, Bronars is limited to rebutting damages expert testimony, which is not being offered. | Relevant to show lack of a common policy or practice that caused MLOs to not record all hours worked; will be authenticated through testimony |
| D-10 | Demonstrative Exhibits consisting of summations, enlargements, call-outs, and presentations of any of the exhibits listed herein | | | Plaintiffs reserve objections until exhibts are provided. | |
| D-11 | Any additional exhibits necessary to establish foundation | | | Plaintiffs reserve objections until exhibtis are provided. | |
| D-12 | Defendant reserves the right to offer any and all exhibits listed or offered by Plaintiffs and not objected to by Defendant | | | Plaintiffs reserve objections until exhibtis are provided. | |