IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALEX REINIG, KEN GRITZ, and BOB SODA, *Individually and on behalf of those similarly situated*,

        Plaintiffs,

        v.

RBS CITIZENS, N.A.,

        Defendant.

15cv1541

**ELECTRONICALLY FILED**

## VERDICT FORM

1. Did Plaintiffs prove by a preponderance of the evidence that Citizens Bank had a policy or practice that caused mortgage loan officers to not report all of the hours they worked (i.e., to work "off-the-clock")?

   YES \_\_\_\_\_          NO \_\_\_\_\_

You have reached the end of the Verdict Form.  Please sign and date the Verdict Form on the next page and alert the Bailiff that you have reached a verdict.

Unanimously agreed to this \_\_\_\_\_ day of September, 2017.

_____, Foreperson          _____

_____                                   _____

_____                                   _____

_____                                   _____