UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 13, 2017
DCO-124-E
DCO-127

No. 17-2974

In Re: RBS Citizens, N.A.,
Petitioner

(Related to W.D. Pa. No. 2-15-cv-01541)

No. 17-8046

ALEX REINIG; KEN GRITZ; BOB SODA; MARY LOU GRAMESKY;
PETER WILDER SMITH; WILLIAM KINSELLA; DANIEL KOLENDA;
VALERIE DAL PINO; AHMAD NAJI; ROBERT PEDERSON; TERESA FRAGALE;
DAVID HOWARD; DANIEL JENKINS; MARK ROSS

v.

RBS CITIZENS, N.A.,
Petitioner

(W.D. Pa. No. 2-15-cv-01541)

Present: CHAGARES, VANASKIE and KRAUSE, Circuit Judges

1. Petition for Leave to Appeal Pursuant to Fed R. Civ. P. 23(f) at No. 17-8046;

2. Response by Respondent in Opposition to Petition for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

3. Reply Brief by Petitioner in Support of Petition for Leave to Appeal;

4. Petition for Writ of Mandamus at No. 17-2974;

5. Response by Nominal Respondent to Petition for Writ of Mandamus

Page 2 (Continued)

     6. Response by Respondent in Opposition to Petitioner's Petition for Writ of Mandamus at No. 17-2974;

     7. Reply by Petitioner In Further Support of Petition for Writ of Mandamus;

     8. Sur-Reply with Supplemental Appendix by Respondent;

     9. Supplemental Response by Nominal Respondent to Petition for Writ of Mandamus.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing Petition for Leave to File an Appeal of the District Court's August 22, 2017 Order Granting Plaintiff's Motion for Class Certification (ECF No. 216), pursuant to Fed. R. Civ. P. 23(f), is granted. Petitioner is directed to pay the Clerk of the District Court the required fee within 14 days of the date of this Order. The Clerk of Court shall issue a briefing schedule in due course once the appeal fee has been paid and an appeal is opened on the Court's General Docket.

In view of this disposition of Petitioner's Rule 23(f) Petition, the Petitioner's Petition for Writ of Mandamus is referred to the merits panel.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: October 26, 2017
PDB/cc: All Counsel of Record

A True Copy:

Marcia M. Waldron, Clerk