UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2974

In Re: RBS Citizens, N.A.,
Petitioner

(Related to W.D. Pa. No. 2-15-cv-01541)

Present: MCKEE, VANASKIE*, and RESTREPO, Circuit Judges

1. Petition for Writ of Mandamus filed by Petitioner RBS Citizens, N.A.;

2. Response by Nominal Respondent to Petition for Writ of Mandamus;

3. Response by Respondent in Opposition to Petitioner's Petition for Writ of Mandamus;

4. Reply by Petitioner In Further Support of Petition for Writ of Mandamus;

5. Sur-Reply with Supplemental Appendix by Respondent;

6. Supplemental Response by Nominal Respondent to Petition for Writ of Mandamus.

Respectfully,
Clerk/pdb

ORDER

The foregoing petition for writ of mandamus is dismissed as moot.

By the Court,

s/ Thomas I. Vanaskie
Circuit Judge

Dated: January 2, 2019
LML/cc: All counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk

* This matter was decided and the order signed and directed to the Clerk's Office before Judge Vanaskie retired on January 1, 2019. Due to the intervening holiday, the order has been entered on the docket by the Clerk this day.

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 2, 2019

Joshua Lewis, Clerk
United States District Court for the Western District of Pennsylvania
Joseph F. Weis Jr. United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE: In re: RBS Citizens, N.A.
Case Number: 17-2974
District Court Case Number: 2-15-cv-01541

Dear Clerk:

Enclosed please find certified copy of the order filed today dismissing the petition for writ of mandamus as moot in the above-entitled case.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Pam/lml
Case Manager
267-299-4943

cc: Honorable Arthur J. Schwab
Joshua S. Boyette, Esq.
Daniel A. Horowitz, Esq.
Robert D. Soloff, Esq.
Justin L. Swidler, Esq.
Kim M. Watterson, Esq.