UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3464
_____

ALEX REINIG; KEN GRITZ; BOB SODA;
MARY LOU GRAMESKY; PETER WILDER SMITH;
WILLIAM KINSELLA; DANIEL KOLENDA;
VALERIE DAL PINO; AHMAD NAJI; ROBERT PEDERSON;
TERESA FRAGALE; DAVID HOWARD; DANIEL JENKINS; MARK ROSS

v.

RBS CITIZENS, N.A.,
                      Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Judge: Honorable Arthur J. Schwab
(D.C. Civil No. 2-15-cv-01541)
_____

Argued July 19, 2018
_____

Before: McKEE, VANASKIE, and RESTREPO, *Circuit Judges*
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on July 19, 2018. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered August 22, 2017, is hereby VACATED and

REMANDED for further proceedings.  Costs shall not be taxed.  All of the above in accordance with the Opinion of this Court.

                ATTEST:

                s/ Patricia S. Dodszuweit
                Clerk

Dated:  December 31, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** January 22, 2019

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**