UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG, KEN GRITZ, BOB SODA, MARY LOU GRAMESKY, PETER WILDER SMITH, WILLIAM KINSELLA, DANIEL KOLENDA, VALERIE DAL PINO, AHMAD NAJI, ROBERT PEDERSEN, TERESA FRAGALE and DAVID HOWARD,<br><br>        Plaintiffs,<br>v.<br><br>RBS CITIZENS, N.A.,<br><br>        Defendant. | Civil Action No. 2:15-cv-01541-AJS<br><br>**ELECTRONICALLY FILED** |

## DEFENDANT'S PROPOSED REPRESENTATIVE EVIDENCE JURY INSTRUCTION

In compliance with the Court's Order dated August 29, 2019 (Doc. No. 308), Defendant Citizens Bank, N.A. (incorrectly sued as RBS Citizens, N.A., and hereinafter referred to as "Citizens" or "Defendant") hereby submits its proposed jury instruction on representative evidence. Counsel for Citizens and Plaintiffs have met and conferred as required by the Pretrial Order, but the parties failed to reach agreement on a joint verdict slip.

**Proposed Representative Evidence Jury Instruction:**

This case is a collective action. A collective action allows plaintiffs who have similar individual claims to assert those claims together in one lawsuit. In this case, 358 plaintiffs have claims for unpaid overtime against Citizens Bank. Because it is not practical for all of these plaintiffs to testify at trial, evidence will be offered by some of the plaintiffs to prove their claims on an individual basis, and also to prove the claims of the non-testifying plaintiffs on a representative basis. In particular, plaintiffs will offer evidence that Citizens Bank had a policy or practice that applied to all 358 plaintiffs and caused them not to report all of their hours

worked; that is, to work 'off the clock'.  It is for you to decide whether the evidence presented establishes that Citizens Bank had a policy or practice that applied to all testifying plaintiffs and all non-testifying plaintiffs and that caused them all to work off the clock.

                                                    Respectfully submitted,

                                                    HOLLAND & KNIGHT LLP

                                                    */s/ Thomas E. Hill*
                                                    Thomas E. Hill (admitted pro hac vice)
                                                    tom.hill@hklaw.com
                                                    Christina T. Tellado (PA 204246)
                                                    christina.tellado@hklaw.com
                                                    Holland & Knight LLP
                                                    400 South Hope Street, 8th Floor
                                                    Los Angeles, CA 90071
                                                    Tel: (213) 896-2400
                                                    Fax: (213) 896-2450

                                                    Attorneys for Defendant
                                                    Citizens Bank, N.A.

Dated:  September 4, 2019                      Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, this 4th day of September, 2019, the foregoing Defendant's Proposed Representative Evidence Jury Instruction was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                                                    */s/ Thomas E. Hill*
                                                    Counsel for Defendant