UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG, KEN GRITZ, BOB SODA, MARY LOU GRAMESKY, PETER WILDER SMITH, WILLIAM KINSELLA, DANIEL KOLENDA, VALERIE DAL PINO, AHMAD NAJI, ROBERT PEDERSEN, TERESA FRAGALE and DAVID HOWARD, <br><br> Plaintiffs, <br> v. <br><br> RBS CITIZENS, N.A., <br><br> Defendant. | Civil Action No. 2:15-cv-01541-AJS <br><br> **ELECTRONICALLY FILED** |

## DEFENDANT'S SUBMISSION RE: MOTIONS *IN LIMINE*

In advance of the Pretrial Conference set for September 16, 2019, Defendant Citizens Bank, N.A. (incorrectly sued as RBS Citizens, N.A., and hereinafter referred to as "Citizens" or "Defendant") hereby submits its position with respect to Motions *in Limine*.

Defendant previously filed an Omnibus Motion *in Limine* and Memorandum of Law in Support on August 7, 2017. (Doc. Nos. 185 & 188). Plaintiffs filed their Ominbus Motion *in Limine* and Memorandum of Law on the same date. (Doc. No. 183). On August 28, 2017, the Court issued its ruling on the parties' previously filed Motions *in Limine*, granting them in part and denying them in part. (Doc. No. 224).

In advance of the Pretrial Conference scheduled for September 16, 2019, the parties have met and conferred on a number of topics related to the upcoming conference and trial, including whether re-filing the Motions *in Limine* previously filed in this case was necessary. The parties agreed that re-filing such Motions *in Limine* was not necessary, that the rulings issued by the Court on the parties' respective previously filed Omnibus Motions *in Limine* is applicable to the

trial scheduled for September 23, 2019.  Thus, Defendant relies on its previously filed Motions *in Limine* and the Court's rulings on both Defendant and Plaintiffs' previously filed Motions *in Limine* for purposes of the September 23 trial.

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                              */s/ Christina T. Tellado*
                              Christina T. Tellado (PA 204246)
                              christina.tellado@hklaw.com
                              Thomas E. Hill (admitted pro hac vice)
                              tom.hill@hklaw.com
                              Holland & Knight LLP
                              400 South Hope Street, 8th Floor
                              Los Angeles, CA 90071
                              Tel: (213) 896-2400
                              Fax: (213) 896-2450

                              Attorneys for Defendant
                              Citizens Bank, N.A.

Dated:  September 6, 2019              Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, this 6th day of September, 2019, the foregoing Defendant's Submission Re: Motions *in Limine* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

> */s/ Christina T. Tellado*
> Counsel for Defendant