UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3046
_____

In re: CITIZENS BANK, N.A.,
                                  Petitioner

On Petition for a Writ of Mandamus from the
United States District Court for the
Western District of Pennsylvania
Related to District Court No. 2-15-cv-01541
District Judge: The Honorable Arthur J. Schwab

Before: SMITH, *Chief Judge*, SHWARTZ, and SCIRICA, *Circuit Judges*

_____

ORDER
_____

      The petition for writ of mandamus is hereby DISMISSED in part as moot and DENIED in part as unnecessary at this time. The Court further DISSOLVES the stay entered September 13, 2019 and REFERS the matter to the Chief Judge of the Western District of Pennsylvania for reassignment.

                                              By the Court,

                                              s/ D. Brooks Smith
                                              Chief Judge

Dated: October 5, 2021

A True Copy:

Patricia S. Dodszuweit, Clerk