IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG, KEN GRITZ, BOB SODA, MARY LOU GRAMESKY, PETER WILDER SMITH, WILLIAM KINSELLA, DANIEL KOLENDA, VALERIE DAL PINO, AHMAD NAJI, ROBERT PEDERSON, TERESA FRAGALE, DAVID HOWARD, DANIEL JENKINS, MARK ROSS, <br><br>       Plaintiffs, <br><br>   v. <br><br> RBS CITIZENS, N.A., <br><br>       Defendant. | 2:15-CV-01541-CCW |

## **ORDER**

For the reasons set forth in the Court's Opinion, *see* ECF No. 409, Plaintiffs' Renewed Motion for Class Certification, *see* ECF No. 277, is hereby DENIED.

In light of the foregoing, IT IS FURTHER ORDERED that the parties shall meet and confer and, on or before July 26, 2022, file a joint status report addressing the following:

1. <u>Case Management Deadlines</u>.  The parties shall describe their positions on whatever pre-trial matters remain to be litigated in this case (e.g., motions practice, expert discovery, etc.), and propose a timetable—i.e., approximate length of time needed to complete (in days) and proposed deadlines—in which those remaining matters will be completed.

2. <u>Mediation</u>.  The parties shall indicate whether they are amenable to returning to private mediation and, if so, identify their preferred third-party neutral and propose a deadline by which any such mediation will be completed.

3. <u>Appeal of the Order Denying Class Certification</u>.  The parties shall indicate whether either side has, or intends, to file a petition for allowance of appeal of the Court's Order denying Plaintiffs' Renewed Motion.

IT IS SO ORDERED.

DATED this 12th day of July, 2022.

BY THE COURT:

<u>/s/ Christy Criswell Wiegand</u>
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record