# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITIZENS BANK, N.A. <br><br> Defendant. | CIVIL ACTION NO: 2:15-cv-01541 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF AUGUST 2017 SUMMARY JUDGMENT ORDER (ECF DOC NO. 216) PURSUANT TO FED. R. CIV. P. 54(B)

Plaintiffs, by and through undersigned counsel, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 54(b), reconsidering and reversing the Court's August 22, 2017 Order (ECF Doc. No. 216) granting summary judgment to Defendant as to Plaintiffs' "Recapture" claims and denying Plaintiffs' summary judgment as to their "Recapture Claims." In support of Plaintiffs' Motion, Plaintiffs rely on the accompanying Memorandum of Law and attached exhibits, the contents of which are incorporated herein by reference.

Respectfully Submitted,

*/s/ Joshua Boyette*
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
Tel: (856) 685-7420
Fax: (856) 685-7417

Dated: July 17, 2023