IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG, KEN GRITZ, BOB SODA, MARY LOU GRAMESKY, PETER WILDER SMITH, WILLIAM KINSELLA, DANIEL KOLENDA, VALERIE DAL PINO, AHMAD NAJI, ROBERT PEDERSON, TERESA FRAGALE, DAVID HOWARD, DANIEL JENKINS, MARK ROSS,<br><br>      Plaintiffs,<br><br>  v.<br><br>RBS CITIZENS, N.A.,<br><br>      Defendant. | 2:15-CV-01541-CCW |

## ORDER

**AND NOW**, this 6th day of August 2024, upon consideration of the Motion for Summary Judgment, ECF No. 521, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

    1.    The PMWA Regular Rate Claim asserted by Named Plaintiffs Alex Reinig, Ken Gritz, Bob Soda, the PMWA Standard Overtime Subclass, and the PMWA Commission Overtime Class is hereby **DISMISSED**.

DATED this 6th day of August, 2024.

                                                                           BY THE COURT:

                                                                          /s/ Christy Criswell Wiegand
                                                                          CHRISTY CRISWELL WIEGAND

United States District Judge

cc (via ECF email notification):

All Counsel of Record