IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX REINIG; KEN GRITZ; BOB SODA; MARY LOU GRAMESKY; PETER WILDER SMITH; WILLIAM KINSELLA; DANIEL KOLENDA; VALERIE DAL PINO; AHMAD NAJI; ROBERT PEDERSON; TERESA FRAGALE; DAVID HOWARD; DANIEL JENKINS and MARK ROSS,<br><br>Plaintiffs,<br><br>v.<br><br>RBS CITIZENS, N.A.,<br><br>Defendant. | Civil Action No. 2:15-CV-01541-CCW<br><br>ELECTRONICALLY FILED |

## **FINAL JUDGMENT**

AND NOW, this 17th day of December, 2024, the Court enters judgment as follows:

1. The Court previously entered an Order (ECF 216) granting Defendant Citizens Bank, N.A.'s ("Defendant") Motion for Summary Judgment on the Named Plaintiffs' ("Plaintiffs") Recapture Claims, as those claims are defined in ECF 179 and 216.

2. The Court previously entered an Order (ECF 566) granting Defendants' Motion for Summary Judgment on the PMWA Regular Rate Claims, as those claims are defined in ECF 566, of Plaintiffs Alex Reinig, Ken Gritz, Bob Soda and PMWA Regular Rate subclasses certified under Fed.R.Civ.Proc. 23.

3. Plaintiffs and Defendant have now stipulated to the withdrawal and dismissal with prejudice of Plaintiffs' Off-The-Clock Claims, which include all claims for unpaid wages (including overtime), liquidated damages, penalties, interest, attorneys' fees, costs, and any other

relief in law or equity, whether asserted under federal or state law, based on allegations that the Named Plaintiffs performed compensable off-the-clock (*i.e.*, unrecorded) work for which they remain unpaid, as alleged in the Named Plaintiffs' operative Second Amended Complaint. (ECF 208). The Named Plaintiffs' Off-The-Clock Claims were the only non-adjudicated claims remaining in this action, and the Court has entered an Order dismissing the Off-The-Clock Claims with prejudice pursuant to the parties' stipulation.

4. Based on the foregoing, and because no additional and/or unresolved claims for relief exist in this action as pled in the operative Second Amended Complaint (ECF 208), final judgment is now entered for Defendant on Plaintiffs' Recapture Claims and on Plaintiffs' and the Rule 23 subclasses' PMWA Regular Rate Claims, and the Clerk is directed to close the file.

Dated: December 17, 2024                    /s/ Christy Criswell Wiegand
                                            Christy Criswell Wiegand
                                            United States District Judge